UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
DEC 18 2...
PRO SE OFFICE

Michael Bellevue
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

The City of New York, De Peyster,
C Daniels, Perlmutter, Adam D.
Sciarrino Jr., Matthew A. Sulaway, M. Forrest,
Stern D. Darren, Alem Feratovic, Carlymeth

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☑ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Michael _____ Bellevue
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

141240034
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

OBCC
Current Place of Detention

1600 Hazen St East Elmhurst
Institutional Address

Bronx              NY            11370
County, City       State         Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
- First Name / Last Name / Shield #: Adam D Perlmutter
- Current Job Title (or other identifying information): Brooklyn Kings Juge
- Current Work Address: Kings Supreme criminal term 320 Jay St
- County, City: Kings
- State: NY
- Zip Code: 11201

**Defendant 2:**
- First Name / Last Name / Shield #: Stern D Darren
- Current Job Title (or other identifying information): 18b
- Current Work Address: 11 Broadway ste b15 NY, NY
- County, City: Kings
- State: NY
- Zip Code: 10004

**Defendant 3:**
- First Name / Last Name / Shield #: Salaway M Forrest
- Current Job Title (or other identifying information): 18b
- Current Work Address: 10W 15th St apt 1028
- County, City: Kings
- State: NY
- Zip Code: 10011

**Defendant 4:**
- First Name / Last Name / Shield #: Dekyster C. Daniels
- Current Job Title (or other identifying information): Brooklyn kings Juge
- Current Work Address: Kings Supreme criminal term 320 Jay St
- County, City: Kings
- State: NY
- Zip Code: 11201

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name / Last Name: The City of New York
Shield #:
Current Job Title (or other identifying information): Comptroller's office City of New York
Current Work Address:
County, City: New York
State: New York
Zip Code:

**Defendant 2:**
First Name: Carly
Last Name: Muth
Shield #:
Current Job Title (or other identifying information): ADA
Current Work Address: 350 Jay St
County, City: Kings
State: NY
Zip Code: 11201

**Defendant 3:**
First Name: Alem
Last Name: Pcsratovic
Shield #: 2086?
Current Job Title (or other identifying information): Detective
Current Work Address: 71st Precinct
County, City: Kings
State: NY
Zip Code: 11225

**Defendant 4:**
First Name: Sciarrino Jr
Last Name: Matthew A
Shield #:
Current Job Title (or other identifying information): Brooklyn Kings Judge
Current Work Address: Brooklyn Kings Supreme Criminal term 320 Jay St
County, City: Kings
State: NY
Zip Code: 11201

## V. STATEMENT OF CLAIM

Place(s) of occurrence: NYPD Pct 071, Brooklyn Kings Supreme Criminal term

Date(s) of occurrence: 11/18/2024

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Alem Feratovic Arrested me on a cancelled perp I card with Additional Arrest. Sciarrno Jr, Matthew A. illegally indicted me. Carly muth submitted a bad cc. The D.A. office are and still malicious in prosecution. Stern D. Darren and Salaway M. Forrest have not represent me correctly. Adam D. Perlmutter is in violation in my Due Process and USA constitution rights. I submitted 4 motions that have not been had in months, Dismiss, 30.30, Prse, Suppression of evidence and or statements, then DePeyster C. Daniels granted a 730 to stop the clock and hide the things they are doing records. Alem Feratovic committed perjury and fraud upon the court. Alem Feratovic also lied with his initial on the photo array. The city of New York have failed to train there workers correctly. All partys I have stated are in tortious behavior which resulted in racketeering fraud, blind-sighting, kidnaping, Railroading, Extortion, violation of 8th 1st 4th 5th 6th and more USA constitution rights, Due Process and Probable cause.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

$25,000,000.00 for compensatory damage and action against defendants, Special Prayer for any relief the court may deem applictory

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12/9/2024

Plaintiff's Signature: [signature]

First Name: Michael
Middle Initial: L
Last Name: Bellevue

Prison Address: 1600 Hazen St, East Elmhurst

County, City: Bronx
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 12/9/2024

Page 6

Retail
PAID
Origin: 11103
12/12/24
3548360705-26

0 Lb 4.20 Oz
RDC 03

C099





RECEIVED
DEC 13 2024
PRO SE OFFICE

FROM: Michael Bellevue
14121400234  1600 Hazen St
East Elmhurst, NY 11370

TO: U.S. District Court Southern District of New York 500 Pearl St New York, NY 10007

pro se

RECEIVED
DEC 16 2024
CLERK'S OFFICE
S.D.N.Y.



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE